Certificate Number: 16339-PAM-DE-041478176

Bankruptcy Case Number: 26-02279

16339-PAM-DE-041478176

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on September 23, 2026, at 1:21 o'clock PM EDT, Chantal Bradley completed a course on personal financial management given by internet by Second Bankruptcy Course, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: September 23, 2026

By: /s/Kris Krumal

Name: Kris Krumal

Title: Certified Financial Counselor