United States Bankruptcy Court
Middle District of Pennsylvania

In re: Case No. 26-02279-HWV
Chantal Tamika Bradley Chapter 13
Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1 User: AutoDocke 
Date Rcvd: Sep 25, 2026 Form ID: ntcnfhrg Total Noticed: 22

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 27, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Chantal Tamika Bradley, 360 Barberry Dr, Hanover, PA 17331-1302 |
| 5825220 | + | FirstEnergy, 501 Parkway Blvd,, York, PA 17404-2643 |
| 5825224 | | Premier Dental Care, 2730 Hanover Pike, Manchester, MD 21102-1914 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5827361 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Sep 25 2026 18:57:00 | Citizens Bank N.A., One Citizens Bank Way, Johnston, RI 02919, Mailstop JCA 115 |
| 5825219 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Sep 25 2026 18:57:00 | Citizens One, Attn; Bankruptcy, One Citizens Plaza, Providence, RI 02903 |
| 5825216 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 25 2026 18:56:40 | Capital One, AttN: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 5825217 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 25 2026 18:56:49 | Capitalone, Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 5825218 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 25 2026 18:56:41 | Citibank/Exxon Mobile, Citicorp Cr SrvsCentralized Bankruptcy, Po Box 790046, St Louis, MO 63179-0046 |
| 5825221 | ^ | MEBN | Sep 25 2026 18:52:16 | KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 5825222 | | Email/Text: EBN@Mohela.com | Sep 25 2026 18:57:00 | Mohela/dofed, Mohela, Attn: Bankruptcy, 633 Spirit Drive, Chesterfield, MO 63005 |
| 5832915 | | Email/PDF: cbp@omf.com | Sep 25 2026 18:56:48 | OneMain Financial Group, LLC, PO Box 3251, Evansville, IN 47731-3251 |
| 5825223 | + | Email/PDF: ebnotices@pnmac.com | Sep 25 2026 18:56:50 | PennyMac Loan Services, LLC, PennyMac Loan Services, LLC, Attn: Bankr, Po Box 514387, Los Angeles, CA 90051-4387 |
| 5825225 | | Email/Text: EBN@securityplusfcu.org | Sep 25 2026 18:57:00 | Securityplus Federal Credit Union, Attn: Bankruptcy, P.O. Box 7560, Baltimore, MD 21207 |
| 5825226 | + | Email/PDF: cbp@omf.com | Sep 25 2026 18:56:44 | Springlf Fin, Po Box 1010, Evansville, IN 47706-1010 |
| 5829686 | + | Email/Text: louis@tributecap.com | Sep 25 2026 18:57:00 | Time Investment Co c/o Tribute Capital Partners, P.O. Box 167762, Irving, Texas 75016-7762 |
| 5825227 | + | Email/Text: bankruptcy@timeinvestment.com | Sep 25 2026 18:58:00 | Time Investment Company, Inc., Attn: Bankruptcy, 100 N 6th Avenue, West Bend, WI 53095-3306 |
| 5825681 | | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Sep 25 2026 18:56:48 | U.S. Department of Housing and Urban Development, The Strawbridge Building, 801 |

| | | | | |
|---|---|---|---|---|
| | | | | Market Street, 12th Floor, Philadelphia, PA 19107 |
| 5825228 | + | Email/Text: bkelectronicnotices@usaa.com | Sep 25 2026 18:57:00 | USAA Federal Savings Bank, Attn: Bankruptcy, 9800 Fredericksburg Road, San Antonio, TX 78288-0002 |
| 5827980 | + | Email/Text: RASEBN@raslg.com | Sep 25 2026 18:57:00 | USAA Federal Savings Bank, Robertson, Anschutz, Schneid,, Crane & Partners, PLLC, 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 5830137 | | Email/PDF: ais.BankruptcynoticesCCSBKOperations@aisinfo.com | Sep 25 2026 18:56:44 | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 5825229 | + | Email/PDF: ais.BankruptcynoticesCCSBKOperations@aisinfo.com | Sep 25 2026 18:56:48 | Wells Fargo Jewelry Advantage, Attn: Bankruptcy, Pob 10438 Mac F8235-02f, Des Moines, IA 50306-0438 |
| 5825230 | | Email/Text: bankruptcynotification@wellspan.org | Sep 25 2026 18:58:00 | Wellspan Health, PO Box 15119, York, PA 17405-7119 |

TOTAL: 19

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 27, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 25, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Jack N Zaharopoulos | ecf@pamd13trustee.com |
| Maggie Soboleski | on behalf of Creditor PENNYMAC LOAN SERVICES LLC msoboleski@kmllawgroup.com |
| Matthew K. Fissel | on behalf of Creditor PENNYMAC LOAN SERVICES LLC bkgroup@kmllawgroup.com |
| Nicholas G. Platt | on behalf of Debtor 1 Chantal Tamika Bradley ngp@mooney4law.com plattnr61895@notify.bestcase.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 5

# UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Chantal Tamika Bradley,

**Debtor 1**

Chapter 13

Case No. 1:26−bk−02279−HWV

## Notice

The hearing on confirmation of the Plan of reorganization of Debtor 1 is scheduled for the date indicated below.

**October 28, 2026** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| | |
|---|---|
| United States Bankruptcy Court Sylvia H. Rambo US Courthouse, Bankruptcy Courtroom 4B, 1501 N. 6th St, Harrisburg, PA 17102 | Date: November 4, 2026<br>Time: 09:30 AM |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing *( L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence)* shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Photo identification is required upon entering the Courthouse.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>Sylvia H. Rambo US Courthouse<br>1501 N. 6th Street<br>Harrisburg, PA 17102<br>(717) 901−2800 | **For the Court:**<br>Seth F. Eisenberg<br>Clerk of the Bankruptcy Court:<br>By: ChristopherGambini, Deputy Clerk |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: September 25, 2026 |

ntcnfhrg (08/21)